| Jacobson Warehouse Company, Inc.<br>4035 Piedmont Parkway<br>High Point, NC 27265 | Phone Number 844-976-6947<br>State EIN 09-80558 | | Payroll Area U4 BW FRST WK S-Sa pd F<br>Pay Period Nov 3, 2019 Nov 16, 2019<br>Period No. 2019/24 | |
|---|---|---|---|---|
| **Name** Mr Roi Paulino Moreta | **Tax Authority** | **Exempt** | **Filing Status** | **Allowances** | **Addl. Amount** |
| **Personnel No.** 10044191 | FED | | Single | 02 | $0.00 |
| **Work Location** USPA-CampHill8 | PA | | Single | 02 | $0.00 |
| **Payment Date** Nov 22, 2019 **Check Number** | **Net Pay** = 1,536.98 | **Earnings** + 1,940.63 | **Retro** - 0.00 | **Taxes** - 403.65 | **Deductions** 0.00 |

| Earnings | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| 1001 Regular Earnings | | | 17.5000 | 80.00 | | 1,400.00 | 30,968.31 |
| 1004 Holiday Pay | | | | | | | 655.36 |
| 1015 Shift Premium | | | | | | | 581.41 |
| 1041 Personal Time Off | | | 17.5000 | 8.00 | | 140.00 | 1,610.53 |
| 1084 Floating Holiday | | | | | | | 280.00 |
| 1VCF Vacation Grandfathered | | | | | | | 502.16 |
| 2003 Overtime | | | 26.2500 | 14.50 | | 380.63 | 7,200.50 |
| 3027 Misc Bonus | | | | | | 20.00 | 20.00 |
| 307G Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | 0.00 | | 102.50 | 0 | 1,940.63 | 41,969.50 |

| Taxes | Authority | Current Amount | YTD Amount |
|---|---|---|---|
| /401 TX Withholding Tax | FED - Federal | 171.11 | 3,631.17 |
| /403 TX EE Social Security Tax | FED - Federal | 120.32 | 2,602.11 |
| /405 TX EE Medicare Tax | FED - Federal | 28.14 | 608.56 |
| /401 TX Withholding Tax | PA - Pennsylvania | 59.57 | 1,288.44 |
| /420 TX EE Unemployment Tax | PA - Pennsylvania | 1.16 | 25.18 |
| /484 TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 40.00 |
| /401 TX Withholding Tax | PB1D - Lancaster | 21.35 | 461.66 |
| **Total Employee Tax** | | 403.65 | 8,665.12 |
| **Federal Taxable Gross Wages** | | 1,940.63 | 41,969.50 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total Pre-tax Deductions** | 0.00 | 0.00 | **Total Post-tax Deductions** | 0.00 | 0.00 |
| **ER Contributions** | Current Amount | YTD Amount | **Imputed Income** | Current Amount | YTD Amount |
| | | | | | |
| **Total ER Contributions** | | | **Total Imputed Income** | | |

| Time Off Balances | | | |
|---|---|---|---|
| Type | Hours | Type | Hours |
| PTO Bal - Curr Year | 14.53 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,536.98 |



130001000001A    4846483

| Jacobson Warehouse Company, Inc. | Phone Number 844-976-6947 | | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|
| 4035 Piedmont Parkway | State EIN 09-80558 | | Pay Period | Nov 17, 2019 Nov 30, 2019 | |
| High Point, NC 27265 | | | Period No. | 2019/25 | |

| Name | Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|
| Personnel No. | 10044191 | FED | | Single | 02 | $0.00 |
| Work Location | USPA-CampHill8 | PA | | Single | 02 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | − | Taxes | − | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec 6, 2019 | | 1,502.12 | | 1,892.19 | | 0.00 | | 390.07 | | 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Regular Earnings | | | 17.5000 | 72.00 | | 1,260.00 | 32,228.31 |
| 1004 | Holiday Pay | | | 17.5000 | 8.00 | | 140.00 | 795.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | | | | | | | 1,610.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | | | 26.2500 | 18.75 | | 492.19 | 7,692.69 |
| 3027 | Misc Bonus | | | | | | | 20.00 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | | 0.00 | | 98.75 | 0 | 1,892.19 | 43,861.69 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 163.29 | 3,794.46 |
| /403 | TX EE Social Security Tax | FED - Federal | 117.31 | 2,719.42 |
| /405 | TX EE Medicare Tax | FED - Federal | 27.43 | 635.99 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 58.09 | 1,346.53 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 1.14 | 26.32 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 42.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 20.81 | 482.47 |
| **Total Employee Tax** | | | 390.07 | 9,055.19 |
| **Federal Taxable Gross Wages** | | | 1,892.19 | 43,861.69 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| **Total Pre-tax Deductions** | 0.00 | 0.00 | **Total Post-tax Deductions** | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| **Total ER Contributions** | | | **Total Imputed Income** | | |

| Time Off Balances | | | |
|---|---|---|---|
| Type | Hours | Type | Hours |
| PTO Bal - Curr Year | 19.17 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,502.12 |



131001000001E    4846465

| Jacobson Warehouse Company, Inc. | Phone Number 844-976-6947 | | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|
| 4035 Piedmont Parkway | State EIN 09-80558 | | Pay Period | Oct 6, 2019 | Oct 19, 2019 |
| High Point, NC 27265 | | | Period No. | 2019/22 | |

| Name | Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|
| Personnel No. | 10044191 | FED | | Single | 02 | $0.00 |
| Work Location | USPA-CampHill8 | PA | | Single | 02 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | − | Taxes | − | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct 25, 2019 | | 1,780.68 | | 2,299.08 | | 0.00 | | 518.40 | | 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Regular Earnings | | | 17.5000 | 80.00 | | 1,400.01 | 28,378.31 |
| 1004 | Holiday Pay | | | | | | | 655.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | | | | | | | 1,050.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | | | 26.2500 | 34.25 | | 899.07 | 6,819.87 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| Total Earnings | | | 0.00 | | 114.25 | 0 | 2,299.08 | 38,418.87 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 243.28 | 3,330.63 |
| /403 | TX EE Social Security Tax | FED - Federal | 142.54 | 2,381.97 |
| /405 | TX EE Medicare Tax | FED - Federal | 33.33 | 557.07 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 70.58 | 1,179.44 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 1.38 | 23.05 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 36.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 25.29 | 422.60 |
| **Total Employee Tax** | | | **518.40** | **7,938.76** |
| **Federal Taxable Gross Wages** | | | **2,299.08** | **38,418.87** |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| Total Pre-tax Deductions | 0.00 | 0.00 | Total Post-tax Deductions | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| Total ER Contributions | | | Total Imputed Income | | |

| Time Off Balances | | | |
|---|---|---|---|
| Type | Hours | Type | Hours |
| PTO Bal - Curr Year | 37.27 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,780.68 |



128001000001E    4846490

| Jacobson Warehouse Company, Inc. | Phone Number | 844-976-6947 | | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|---|
| 4035 Piedmont Parkway | State EIN | 09-80558 | | Pay Period | Nov 3, 2019 | Nov 16, 2019 |
| High Point, NC 27265 | | | | Period No. | 2019/24 | |

| Name | Mr Roi Paulino Moreta | Tax Authority | Exemptions | Additional Amount | Filing Status |
|---|---|---|---|---|---|
| Personnel No. | 10044191 | FED | 02 | $0.00 | Single |
| Work Location | USPA-CampHill8 | PA | 02 | $0.00 | Single |

### Driver Details

| Trip Date | Trip Number | Earning | Origin | Destination | Miles | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/16/2019 | | 3027 | | | 0 | 0.00 | 0.0000 | 20.00 |
| Totals | | | | | 0 | 0.00 | | 20.00 |

130001000002E    4846484

| Jacobson Warehouse Company, Inc. | Phone Number 844-976-6947 | | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|
| 4035 Piedmont Parkway | State EIN 09-80558 | | Pay Period | Oct 20, 2019 Nov 2, 2019 | |
| High Point, NC 27265 | | | Period No. | 2019/23 | |

| Name | Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|
| Personnel No. | 10044191 | FED | | Single | 02 | $0.00 |
| Work Location | USPA-CampHill8 | PA | | Single | 02 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | − | Taxes | − | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov 8, 2019 | | 1,287.29 | | 1,610.00 | | 0.00 | | 322.71 | | 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Regular Earnings | | | 17.5000 | 68.00 | | 1,190.00 | 29,568.31 |
| 1004 | Holiday Pay | | | | | | | 655.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | | | 17.5000 | 24.00 | | 420.00 | 1,470.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | | | | | | | 6,819.87 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | | 0.00 | | 92.00 | 0 | 1,610.00 | 40,028.87 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 129.43 | 3,460.06 |
| /403 | TX EE Social Security Tax | FED - Federal | 99.82 | 2,481.79 |
| /405 | TX EE Medicare Tax | FED - Federal | 23.35 | 580.42 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 49.43 | 1,228.87 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 0.97 | 24.02 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 38.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 17.71 | 440.31 |
| **Total Employee Tax** | | | 322.71 | 8,261.47 |
| **Federal Taxable Gross Wages** | | | 1,610.00 | 40,028.87 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| Total Pre-tax Deductions | 0.00 | 0.00 | Total Post-tax Deductions | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| Total ER Contributions | | | Total Imputed Income | | |

| Time Off Balances | | | | |
|---|---|---|---|---|
| Type | | Hours | Type | Hours |
| PTO Bal - Curr Year | | 17.90 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,287.29 |



129001000001E    4846486

| Jacobson Warehouse Company, Inc. 4035 Piedmont Parkway High Point, NC 27265 | Phone Number 844-978-0947 State EIN 09-80558 | | | Payroll Area U4 BW FRST WK S-Sa pd F Pay Period Sep 22, 2019 Oct 5, 2019 Period No. 2019/21 | |
|---|---|---|---|---|---|
| Name Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
| Personnel No. 10044191 | FED | | Single | 02 | $0.00 |
| Work Location USPA-CampHill8 | PA | | Single | 02 | $0.00 |
| Payment Date Oct 11, 2019 | Check Number | Net Pay 1,337.27 = | Earnings 1,675.64 + | Retro 0.00 - | Taxes 338.37 - Deductions 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Regular Earnings | | | 17.5000 | 80.00 | | 1,400.01 | 26,978.30 |
| 1004 | Holiday Pay | | | | | | | 655.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | | | | | | | 1,050.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | | | 26.2500 | 10.50 | | 275.63 | 5,920.80 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | | 0.00 | | 90.50 | 0 | 1,675.64 | 36,119.79 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 137.31 | 3,087.35 |
| /403 | TX EE Social Security Tax | FED - Federal | 103.89 | 2,239.43 |
| /405 | TX EE Medicare Tax | FED - Federal | 24.30 | 523.74 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 51.44 | 1,108.86 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 1.00 | 21.67 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 34.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 18.43 | 397.31 |
| **Total Employee Tax** | | | 338.37 | 7,420.36 |
| **Federal Taxable Gross Wages** | | | 1,675.64 | 36,119.79 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total Pre-tax Deductions** | 0.00 | 0.00 | **Total Post-tax Deductions** | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total ER Contributions** | | | **Total Imputed Income** | | |

**Time Off Balances**

| Type | Hours | Type | Hours |
|---|---|---|---|
| PTO Bal - Curr Year | 32.63 | | |

**Check/Direct Deposit Information**

| Payment Method | Bank Name | Account # | Amount |
|---|---|---|---|
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,337.27 |



127001000001E    4492341

Jacobson Warehouse Company, Inc.
4035 Piedmont Parkway
High Point, NC 27265

Phone Number  844-876-6847
State EIN     09-80558

Payroll Area  U4    BW FRST WK S-Sa pd F
Pay Period    Oct 6, 2019    Oct 19, 2019
Period No.    2019/22

| Name | Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|
| Personnel No. | 10044191 | FED | | Single | 02 | $0.00 |
| Work Location | USPA-CampHill8 | PA | | Single | 02 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | − | Taxes | − | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct 25, 2019 | | 1,780.68 | | 2,299.08 | | 0.00 | | 518.40 | | 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Regular Earnings | | | 17.5000 | 80.00 | | 1,400.01 | 28,378.31 |
| 1004 | Holiday Pay | | | | | | | 655.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | | | | | | | 1,050.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | | | 26.2500 | 34.25 | | 899.07 | 6,819.87 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | | 0.00 | | 114.25 | 0 | 2,299.08 | 38,418.87 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 243.28 | 3,330.63 |
| /403 | TX EE Social Security Tax | FED - Federal | 142.54 | 2,381.97 |
| /405 | TX EE Medicare Tax | FED - Federal | 33.33 | 557.07 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 70.58 | 1,179.44 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 1.38 | 23.05 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 36.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 25.29 | 422.60 |
| **Total Employee Tax** | | | 518.40 | 7,938.76 |
| **Federal Taxable Gross Wages** | | | 2,299.08 | 38,418.87 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Total Pre-tax Deductions | 0.00 | 0.00 | Total Post-tax Deductions | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Total ER Contributions | | | Total Imputed Income | | |

| Time Off Balances | | | | |
|---|---|---|---|---|
| Type | | Hours | Type | Hours |
| PTO Bal - Curr Year | | 37.27 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,780.68 |



128001000001E    4492339

| Jacobson Warehouse Company, Inc. | | Phone Number | 844-976-6047 | Payroll Area | U4 | BW FRST WK S-Sa pd F |
| --- | --- | --- | --- | --- | --- | --- |
| 4035 Piedmont Parkway | | State EIN | 09-80558 | Pay Period | Sep 8, 2019 | Sep 21, 2019 |
| High Point, NC 27265 | | | | Period No. | 2019/20 | |

| Name | Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
| --- | --- | --- | --- | --- | --- | --- |
| Personnel No. | 10044191 | FED | | Single | 02 | $0.00 |
| Work Location | USPA-CampHill8 | PA | | Single | 02 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | - | Taxes | - | Deductions |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sep 27, 2019 | | 1,217.37 | | 1,518.14 | | 0.00 | | 300.77 | | 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1001 | Regular Earnings | 9/7/2019 | | 17.5000 | 80.00 | | 1,400.02 | 25,578.29 |
| 1004 | Holiday Pay | 9/7/2019 | | 17.5000 | | | | 655.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | 9/7/2019 | | 17.5000 | | | | 1,050.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | 9/7/2019 | | 26.2500 | 4.50 | | 118.12 | 5,645.17 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | | 0.00 | | 84.50 | 0 | 1,518.14 | 34,444.15 |

| Taxes | | Authority | Current Amount | YTD Amount |
| --- | --- | --- | --- | --- |
| /401 | TX Withholding Tax | FED - Federal | 118.41 | 2,950.04 |
| /403 | TX EE Social Security Tax | FED - Federal | 94.13 | 2,135.54 |
| /405 | TX EE Medicare Tax | FED - Federal | 22.01 | 499.44 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 46.61 | 1,057.42 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 0.91 | 20.67 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 32.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 16.70 | 378.88 |
| **Total Employee Tax** | | | 300.77 | 7,081.99 |
| **Federal Taxable Gross Wages** | | | 1,518.14 | 34,444.15 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| **Total Pre-tax Deductions** | 0.00 | 0.00 | **Total Post-tax Deductions** | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| **Total ER Contributions** | | | **Total Imputed Income** | | |

**Time Off Balances**

| Type | Hours | Type | Hours |
| --- | --- | --- | --- |
| PTO Bal - Curr Year | 28.00 | | |

**Check/Direct Deposit Information**

| Payment Method | Bank Name | Account # | Amount |
| --- | --- | --- | --- |
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,217.37 |



126001000001E    4492351

| Jacobson Warehouse Company, Inc. | Phone Number | 844-936-6947 | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|
| 4035 Piedmont Parkway | State EIN | 09-80558 | Pay Period | Aug 25, 2019 | Sep 7, 2019 |
| High Point, NC 27265 | | | Period No. | 2019/19 | |

| Name | Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|
| Personnel No. | 10044191 | FED | | Single | 02 | $0.00 |
| Work Location | USPA-CampHill8 | PA | | Single | 02 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | - | Taxes | - | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Sep 13, 2019 | | 1,260.65 | | 1,575.00 | | 0.00 | | 314.35 | | 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Regular Earnings | | | 17.5000 | 72.00 | | 1,260.00 | 24,178.27 |
| 1004 | Holiday Pay | | | 17.5000 | 8.00 | | 140.00 | 655.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | | | 17.5000 | 4.00 | | 70.00 | 1,050.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | | | 26.2500 | 4.00 | | 105.00 | 5,527.05 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | | 0.00 | | 88.00 | 0 | 1,575.00 | 32,926.01 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 125.23 | 2,831.63 |
| /403 | TX EE Social Security Tax | FED - Federal | 97.65 | 2,041.41 |
| /405 | TX EE Medicare Tax | FED - Federal | 22.84 | 477.43 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 48.35 | 1,010.81 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 0.95 | 19.76 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 30.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 17.33 | 362.18 |
| **Total Employee Tax** | | | 314.35 | 6,781.22 |
| **Federal Taxable Gross Wages** | | | 1,575.00 | 32,926.01 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total Pre-tax Deductions** | 0.00 | 0.00 | **Total Post-tax Deductions** | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total ER Contributions** | | | **Total Imputed Income** | | |

| Time Off Balances | | | |
|---|---|---|---|
| Type | Hours | Type | Hours |
| PTO Bal - Curr Year | 23.37 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,260.65 |

119001000001E    4492356

| Jacobson Warehouse Company, Inc. | Phone Number | 844-976-6947 | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|
| 4035 Piedmont Parkway | State EIN | 09-80558 | Pay Period | Aug 11, 2019 | Aug 24, 2019 |
| High Point, NC 27265 | | | Period No. | 2019/18 | |

| Name | Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|
| Personnel No. | 10044191 | FED | | Single | 02 | $0.00 |
| Work Location | USPA-CampHill8 | PA | | Single | 02 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | - | Taxes | - | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Aug 30, 2019 | | 1,245.68 | | 1,555.32 | | 0.00 | | 309.64 | | 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Regular Earnings | | | 17.5000 | 80.00 | | 1,400.01 | 22,918.27 |
| 1004 | Holiday Pay | | | | | | | 515.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | | | 17.5000 | 4.00 | | 70.00 | 980.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | | | 26.2500 | 3.25 | | 85.31 | 5,422.05 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | | 0.00 | | 87.25 | 0 | 1,555.32 | 31,351.01 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 122.87 | 2,706.40 |
| /403 | TX EE Social Security Tax | FED - Federal | 96.43 | 1,943.76 |
| /405 | TX EE Medicare Tax | FED - Federal | 22.55 | 454.59 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 47.75 | 962.46 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 0.93 | 18.81 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 28.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 17.11 | 344.85 |
| **Total Employee Tax** | | | 309.64 | 6,466.87 |
| **Federal Taxable Gross Wages** | | | 1,555.32 | 31,351.01 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total Pre-tax Deductions** | 0.00 | 0.00 | **Total Post-tax Deductions** | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total ER Contributions** | | | **Total Imputed Income** | | |

| Time Off Balances | | | |
|---|---|---|---|
| Type | Hours | Type | Hours |
| PTO Bal - Curr Year | 22.73 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,245.68 |



118001000001E    4492358

| Jacobson Warehouse Company, Inc. | Phone Number | 844-976-6941 | Payroll Area | U4 | BW FRST WK S-Sa pd F |
| 4035 Piedmont Parkway | State EIN | 09-80558 | Pay Period | Jul 28, 2019 | Aug 10, 2019 |
| High Point, NC 27265 | | | Period No. | 2019/17 | |

| Name | Mr Roi Paulino Moreta | Tax Authority | Exempt | Filing Status | | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|---|
| Personnel No. | 10044191 | FED | | Single | | 02 | $0.00 |
| Work Location | USPA-CampHill8 | PA | | Single | | 02 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | - | Taxes | - | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Aug 16, 2019 | | 1,487.11 | | 1,872.50 | | 0.00 | | 385.39 | | 0.00 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Regular Earnings | | | 17.5000 | 80.00 | | 1,400.00 | 21,518.26 |
| 1004 | Holiday Pay | | | | | | | 515.36 |
| 1015 | Shift Premium | | | | | | | 581.41 |
| 1041 | Personal Time Off | | | | | | | 910.53 |
| 1084 | Floating Holiday | | | | | | | 280.00 |
| 1VCF | Vacation Grandfathered | | | | | | | 502.16 |
| 2003 | Overtime | | | 26.2500 | 18.00 | | 472.50 | 5,336.74 |
| 307G | Bonus - GU Result (Sup | | | | | | | 151.23 |
| **Total Earnings** | | | 0.00 | | 98.00 | 0 | 1,872.50 | 29,795.69 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 160.93 | 2,583.53 |
| /403 | TX EE Social Security Tax | FED - Federal | 116.09 | 1,847.33 |
| /405 | TX EE Medicare Tax | FED - Federal | 27.15 | 432.04 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 57.49 | 914.71 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 1.13 | 17.88 |
| /484 | TX Local Services Tax | PAKA - East Hempfield Township | 0.00 | 8.00 |
| /484 | TX Local Services Tax | PAU0 - Hampden Township | 2.00 | 26.00 |
| /401 | TX Withholding Tax | PB1D - Lancaster | 20.60 | 327.74 |
| **Total Employee Tax** | | | 385.39 | 6,157.23 |
| **Federal Taxable Gross Wages** | | | 1,872.50 | 29,795.69 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total Pre-tax Deductions** | 0.00 | 0.00 | **Total Post-tax Deductions** | 0.00 | 0.00 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Total ER Contributions** | | | **Total Imputed Income** | | |

**Time Off Balances**

| Type | Hours | Type | Hours |
|---|---|---|---|
| PTO Bal - Curr Year | 22.10 | | |

**Check/Direct Deposit Information**

| Payment Method | Bank Name | Account # | Amount |
|---|---|---|---|
| Payroll ACH (PPD) | PNCBANK, NA | XXXXX17389 | 1,487.11 |



117001000001E    4492360