UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Roi E. Paulino-Moreta<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-17894-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of May, 2020, by first class mail upon those listed below:

Roi E. Paulino-Moreta
924 Freemont Street
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER, PA  17601-2129

 

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee