**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| | | CHAPTER 13 |
| ROI E. PAULINO-MORETA, | : | |
| | : | CASE NO. 19-17894 PMM |
| DEBTOR. | | |
| | : | |

**ORDER**

AND NOW, upon consideration of the Application, for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00, less $500.00 which was paid by the Debtors pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated: 8/14/20

_____
**Patricia M. Mayer,**
**U.S. BANKRUPTCY JUDGE**