United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roi E. Paulino-Moreta  
       Debtor

Case No. 19-17894-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: ChrissyW | Page 1 of 1 | Date Rcvd: Aug 14, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2020.  
db           +Roi E. Paulino-Moreta,   924 Freemont Street,   Lancaster, PA 17603-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:

      ALAINE V. GRBACH   on behalf of Debtor Roi E. Paulino-Moreta avgrbach@aol.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                       TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| **ROI E. PAULINO-MORETA ,** : | |
| : | CASE NO. 19-17894 PMM |
| DEBTOR. | |
| : | |

### ORDER

**AND NOW,** upon consideration of the Application, for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00, less $500.00 which was paid by the Debtors pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated: 8/14/20

_____
**Patricia M. Mayer,**
**U.S. BANKRUPTCY JUDGE**