| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17894-PMM**

Roi E. Paulino-Moreta
924 Freemont Street
Lancaster  PA    17603

Petition Filed Date: 12/19/2019
341 Hearing Date: 02/04/2020
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/16/2020 | $160.00 | | 04/08/2020 | $160.00 | | 05/08/2020 | $160.00 | |
| 06/11/2020 | $160.00 | | 07/08/2020 | $160.00 | | 08/10/2020 | $160.00 | |
| 09/09/2020 | $160.00 | | 10/08/2020 | $160.00 | | 11/09/2020 | $160.00 | |
| 12/08/2020 | $160.00 | | 01/11/2021 | $160.00 | | 02/09/2021 | $160.00 | |
| 03/08/2021 | $160.00 | | 04/08/2021 | $160.00 | | 05/10/2021 | $160.00 | |
| 06/08/2021 | $160.00 | | | | | | | |

**Total Receipts for the Period: $2,560.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,500.00 | $2,195.68 | $1,304.32 |
| 1 | DISCOVER PERSONAL LOAN<br>»» 001 | Unsecured Creditors | $13,234.47 | $0.00 | $13,234.47 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $4,605.43 | $0.00 | $4,605.43 |
| 3 | PNC BANK<br>»» 003 | Unsecured Creditors | $7,332.12 | $0.00 | $7,332.12 |
| 4 | PNC BANK<br>»» 004 | Unsecured Creditors | $5,784.98 | $0.00 | $5,784.98 |
| 5 | FULTON BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17894-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,560.00 | Current Monthly Payment: | $160.00 |
| Paid to Claims: | $2,195.68 | Arrearages: | $160.00 |
| Paid to Trustee: | $220.32 | Total Plan Base: | $9,600.00 |
| Funds on Hand: | $144.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.