| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17894-PMM**

Roi E. Paulino-Moreta
924 Freemont Street
Lancaster  PA    17603

Petition Filed Date: 12/19/2019
341 Hearing Date: 02/04/2020
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $160.00 | | 05/10/2021 | $160.00 | | 06/08/2021 | $160.00 | |
| 07/09/2021 | $160.00 | | 08/09/2021 | $160.00 | | 09/10/2021 | $160.00 | |
| 10/08/2021 | $160.00 | | 11/08/2021 | $160.00 | | 12/09/2021 | $160.00 | |
| 01/10/2022 | $160.00 | | 02/08/2022 | $160.00 | | 03/08/2022 | $160.00 | |
| 04/08/2022 | $160.00 | | 05/09/2022 | $160.00 | | 06/08/2022 | $160.00 | |
| 07/12/2022 | $160.00 | | | | | | | |

**Total Receipts for the Period:  $2,560.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»» 001 | Unsecured Creditors | $13,234.47 | $317.93 | $12,916.54 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $4,605.43 | $110.64 | $4,494.79 |
| 3 | PNC BANK<br>»» 003 | Unsecured Creditors | $7,332.12 | $176.12 | $7,156.00 |
| 4 | PNC BANK<br>»» 004 | Unsecured Creditors | $5,784.98 | $138.99 | $5,645.99 |
| 5 | FULTON BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17894-PMM**

| SUMMARY |
|:-------:|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,640.00 | Current Monthly Payment: | $160.00 |
| Paid to Claims: | $4,243.68 | Arrearages: | $320.00 |
| Paid to Trustee: | $396.32 | Total Plan Base: | $9,600.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.