| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-17894-PMM**

Roi E. Paulino-Moreta  
924 Freemont Street  
Lancaster  PA    17603

Petition Filed Date: 12/19/2019  
341 Hearing Date: 02/04/2020  
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $160.00 | | 09/09/2022 | $160.00 | | 10/11/2022 | $160.00 | |
| 11/08/2022 | $160.00 | | 12/08/2022 | $160.00 | | 01/11/2023 | $160.00 | |
| 02/08/2023 | $160.00 | | 03/08/2023 | $160.00 | | 04/10/2023 | $160.00 | |
| 05/08/2023 | $160.00 | | 06/08/2023 | $160.00 | | 07/11/2023 | $160.00 | |

**Total Receipts for the Period:  $1,920.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»»  001 | Unsecured Creditors | $13,234.47 | $1,070.37 | $12,164.10 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  002 | Unsecured Creditors | $4,605.43 | $372.48 | $4,232.95 |
| 3 | PNC BANK<br>»»  003 | Unsecured Creditors | $7,332.12 | $592.96 | $6,739.16 |
| 4 | PNC BANK<br>»»  004 | Unsecured Creditors | $5,784.98 | $467.91 | $5,317.07 |
| 5 | FULTON BANK<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-17894-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,720.00 | Current Monthly Payment: | $160.00 |
| Paid to Claims: | $6,003.72 | Arrearages: | $160.00 |
| Paid to Trustee: | $570.68 | Total Plan Base: | $9,600.00 |
| Funds on Hand: | $145.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.