Certificate Number: 16339-PAE-DE-038165633

Bankruptcy Case Number: 19-17894



16339-PAE-DE-038165633

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2024, at 11:09 o'clock PM EST, Roi E Paulino Moreta completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 6, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor