| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-17894-PMM**

Roi E. Paulino-Moreta
924 Freemont Street
Lancaster  PA    17603

Petition Filed Date: 12/19/2019
341 Hearing Date: 02/04/2020
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $160.00 | | 09/11/2023 | $160.00 | | 10/10/2023 | $160.00 | |
| 11/08/2023 | $160.00 | | 12/08/2023 | $160.00 | | 01/09/2024 | $160.00 | |
| 02/08/2024 | $160.00 | | 03/08/2024 | $160.00 | | 04/08/2024 | $160.00 | |
| 05/09/2024 | $160.00 | | 06/10/2024 | $160.00 | | 07/09/2024 | $160.00 | |

**Total Receipts for the Period: $1,920.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN »» 001 | Unsecured Creditors | $13,234.47 | $1,872.03 | $11,362.44 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $4,605.43 | $651.42 | $3,954.01 |
| 3 | PNC BANK »» 003 | Unsecured Creditors | $7,332.12 | $1,037.15 | $6,294.97 |
| 4 | PNC BANK »» 004 | Unsecured Creditors | $5,784.98 | $818.34 | $4,966.64 |
| 5 | FULTON BANK »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PENNYMAC LOAN SERVICES LLC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17894-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,640.00 | Current Monthly Payment: | $160.00 |
| Paid to Claims: | $7,878.94 | Arrearages: | $320.00 |
| Paid to Trustee: | $761.06 | Total Plan Base: | $9,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.