United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17894-pmm |
| Roi E. Paulino-Moreta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roi E. Paulino-Moreta, 924 Freemont Street, Lancaster, PA 17603-5444 |
| 14471983 | + | Fulton Bank, N.A., c/o Joseph P. Schalk, Esquire, Barley Snyder, 213 Market Street, 12th Floor, Harrisburg, PA 17101-2141 |
| 14442124 | | Lancaster Home Opportunities Partnershi, 123 East King, Lancaster, PA 17603 |
| 14455571 | + | Pennymac Loan Services,LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 26 2025 03:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2025 03:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14442119 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 26 2025 03:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14442120 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 02:03:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14442121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:51:49 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14442122 | + | Email/Text: dplbk@discover.com | Feb 26 2025 03:41:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14444968 | + | Email/Text: dplbk@discover.com | Feb 26 2025 03:41:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14442123 | + | Email/Text: bankruptcy@fultonbank.com | Feb 26 2025 03:41:00 | Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 14454960 | ^ | MEBN | Feb 26 2025 00:31:48 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14442126 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 03:36:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14465063 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 03:36:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14461095 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:50:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14474384 | + | Email/PDF: ebnotices@pnmac.com | Feb 26 2025 01:50:44 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14547069 | | Email/PDF: ebnotices@pnmac.com | | |

District/off: 0313-4                        User: admin                                      Page 2 of 2

Date Rcvd: Feb 25, 2025                     Form ID: 138OBJ                              Total Noticed: 19

| | | Feb 26 2025 01:50:14 | PennyMac Loan Services, LLC, P.O. Box 660929, Dallas TX 75266-0929 |
|---|---|---|---|
| 14442125 | + Email/PDF: ebnotices@pnmac.com | Feb 26 2025 01:51:53 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | |
| | on behalf of Debtor Roi E. Paulino-Moreta avgrbach@aol.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 47 − 46

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  )
   Roi E. Paulino−Moreta                          )            Case No. 19−17894−pmm
   aka Roi E. Moreta                              )
   aka Roienrique Paulino Moreta                  )
                                                  )            Chapter: 13
   Debtor(s).                                     )
                                                  )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania<br/>
United States Bankruptcy Court<br/>
Office of the Clerk, Gateway Building<br/>
201 Penn Street, 1st Floor<br/>
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 25, 2025                                   For The Court

                                                                        Timothy B. McGrath
                                                                      Clerk of Court